# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

2/26/2025

Clerk, U.S. District Court
By____AA____ Deputy Clerk

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.   CASE NO.: 25-MJ-6035-01-GEB

**MATT JENNINGS,**

**Defendant.**

# INFORMATION

The United States Attorney charges:

### COUNT I

On or about November 11, 2022, in the District of Kansas, the defendant,

**MATT JENNINGS,**

did knowingly purchase, transport, receive, and acquire wildlife, that is, a White-tailed Deer, in interstate commerce, when in the exercise of due care, the defendant should have known that said wildlife was taken, possessed, and transported in violation of and in a manner unlawful under the regulations of Kansas, specifically Kansas Administrative Regulations 115-4-13(a)(3), take of a white-tailed deer in the wrong management Unit.

In violation of the Lacey Act, 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2).

## COUNT 2

On or about November 12, 2022, in the District of Kansas, the defendant,

**MATT JENNINGS,**

traveled from Kansas to Oklahoma, and did make or submit any false record, account, and label for, any wildlife, that is, a White-tailed Deer, by submitting a false harvest report on the Oklahoma Department of Wildlife Conservation online licensing system claiming his deer was killed in Kay County, Oklahoma when in fact it was killed in Marion County, Kansas, and transported the wildlife in interstate commerce, from Kansas, to Georgia or Alabama.

In violation of the Lacey Act, 16 U.S.C. §§ 3372(d)(2) and 3373(d)(3).

## COUNT 3

On or about November 20, 2022, in the District of Kansas, the defendant,

**MATT JENNINGS,**

did knowingly purchase, transport, receive, and acquire wildlife, that is, a second White-tailed Deer, in interstate commerce, when in the exercise of due care, the defendant should have known that said wildlife was taken, possessed, and transported in violation of and in a manner unlawful under the regulations of Kansas, specifically Kansas Administrative Regulations Chapter 115-25-9(d), unlawful take of a second white-tailed deer.

In violation of the Lacey Act, 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2).

## **FOREITURE ALLEGATION**

1.      The allegations contained in Counts 1 through 3 of this Information, as fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 16, United States Code, § 3374, as made applicable by Title 28, United States Code, § 2461.

2.      Upon conviction of one or more of the foregoing offenses as alleged in Counts 1 through 3 of this Information, the defendant, shall forfeit to the United States all wildlife bred, possessed, imported, exported, transported, sold, received, acquired, or purchased, to include, but not limited to:

   a.      All wildlife possessed, taken, or acquired unlawfully in violation of state, local, or federal law that is in possession or under control, either directly or indirectly, including any wildlife or parts thereof removed, hidden, relocated, transport, or concealed by or at the direction of the defendant.

3.      If any of the property describe above, as a result of any action or omission, made by the defendant:

   a.      Cannot be located upon the exercise of due diligence;

   b.      Has been transferred or sold to, or deposited with, a third party;

   c.      Has been placed beyond the jurisdiction of the court;

   d.      Has been substantially diminished in value; or

   e.      Has been commingled with other property which cannot be divided without difficulty;

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, § 853(p).

Respectfully submitted,

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt.treaster@usdoj.gov
Ks. S. Ct. No. 17473

## **PENALTIES**

### **COUNTS 1-3: VIOLATION OF THE LACY ACT – 16 U.S.C. §§ 3372(d)(2), 3373(d)(2) and (3).**

- Punishable by a term of imprisonment of not more than one (1) year.  16 U.S.C. § 3373

- A term of supervised release of up to one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $100,000.  18 U.S.C. § 3571(b)(5).

- A mandatory special assessment of $25.00.  18 U.S.C. § 3013(a)(1)(A).

- Forfeiture.