**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

Date: 3/24/25

FILED
U.S. District Court
District of Kansas
3/24/2025

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Matt Jennings ,

    Defendant.

Case No. 25-6035-01-GEB

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Matt Treaster
DEFENSE COUNSEL: Ellen Bertels
TAPE NO.: 1:50-1:55

## PROCEEDINGS

☒ Initial Appearance   ☐ Detention Hearing   ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)   ☐ Preliminary Hearing   ☐ Pretrial Conference
☐ Sentencing   ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment (1 min)   ☒ Reading waived   ☐ Read to Defendant   ☒ Not Guilty Plea Entered

☐ Complaint   ☐ Indictment   ☒ Information   ☐ Pet. Revoke Supervision   ☒ No. Counts: 3   ☒ Forfeiture
☐ Felony   ☒ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn   ☒ Examined re: financial status   ☒ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is   ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☒ Release ordered   ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☐ Detention ordered   ☐ Remanded to custody

Defendant's next appearance:   ☒ as directed before Judge Birzer
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____